```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 18643
   JERRY D WADE JR
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
             Debtor
   SSN XXX-XX-2137


-----------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 10/10/2007 and was not confirmed.

     The case was dismissed without confirmation 01/03/2008.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
-----------------------------------------------------------------------------

WASHINGTON MUTUAL BANK    CURRENT MORTG          .00            .00             .00
AMALGAMATED BANK OF CHIC  MORTGAGE ARRE     39197.74            .00             .00
AMALGAMATED BANK OF CHIC  SECURED NOT I    NOT FILED            .00             .00
INTERNAL REVENUE SERVICE  PRIORITY         NOT FILED            .00             .00
ADVENTIST LAGRANGE MEMOR  UNSECURED        NOT FILED            .00             .00
CAPITAL ONE               NOTICE ONLY      NOT FILED            .00             .00
CAPITAL ONE               UNSECURED          4311.73            .00             .00
MIDWEST PHYSICIAN GROUP   NOTICE ONLY      NOT FILED            .00             .00
MIDWEST PHYSICIAN GROUP   UNSECURED          1620.13            .00             .00
MIDWEST PHYSICIAN GROUP   UNSECURED        NOT FILED            .00             .00
MIDWEST PHYSICIAN GROUP   UNSECURED        NOT FILED            .00             .00
PROVIDIAN                 NOTICE ONLY      NOT FILED            .00             .00
PROVIDIAN                 UNSECURED          4049.19            .00             .00
SST CARD SERVICE          UNSECURED        NOT FILED            .00             .00
SUBURBAN RADIOLOGIST      UNSECURED        NOT FILED            .00             .00
CAPITAL ONE               UNSECURED         11871.15            .00             .00
INTERNAL REVENUE SERVICE  UNSECURED         11424.44            .00             .00
STARKS & BOYD PC          DEBTOR ATTY           .00                             .00
TOM VAUGHN                TRUSTEE                                               .00
DEBTOR REFUND             REFUND                                                .00

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                             .00

PRIORITY                                                  .00
SECURED                                                   .00
UNSECURED                                                 .00
ADMINISTRATIVE                                            .00
TRUSTEE COMPENSATION                                      .00
DEBTOR REFUND                                             .00
                             ---------------    ---------------
TOTALS                              .00                   .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 18643 JERRY D WADE JR
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 04/23/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |